POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY DON PROCTER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN,<br><br>Defendants. | Case No.<br><br>CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS<br><br>JURY TRIAL DEMANDED |

Plaintiff Carey Don Procter ("Plaintiff"), individually and on behalf of all others similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which

included, among other things, a review of the Defendants' public documents, announcements, United States ("U.S.") Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Generac Holdings Inc. ("Generac" or the "Company"), and information readily obtainable on the Internet. Plaintiff believes that substantial, additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.     This is a class action on behalf of persons or entities who purchased or otherwise acquired publicly traded Generac securities between February 23, 2021 and July 29, 2021, inclusive (the "Class Period").  Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act").

## JURISDICTION AND VENUE

2.     The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

3.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 and Section 27 of the Exchange Act.

4.     Venue is proper in this judicial district pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1391(b) as the alleged misstatements entered and

- 2 -

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

the subsequent damages took place in this judicial district.  Further, the Company maintains an office in Los Angeles County.

5.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants (defined below), directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the U.S. mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

6.     Plaintiff, as set forth in the accompanying Certification, purchased the Company's securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosure.

7.     Defendant Generac is a Delaware corporation with its principal executive offices at S45 W29290 Hwy 59, Waukesha, WI.  Generac's shares trade on the New York Stock Exchange ("NYSE") under the ticker symbol "GNRC."

8.     Defendant Aaron Jagdfeld ("Jagdfeld") has served as the Chief Executive Officer, President, and Chairman of Generac throughout the Class Period.

9.     Defendant York A. Ragen ("Ragen") has served as the Chief Financial Officer of Generac throughout the Class Period.

10.     Defendants Jagdfeld and Ragen are sometimes referred to herein as the "Individual Defendants."

- 3 -

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

11.     The Individual Defendants: (i) directly participated in the management of the Company; (ii) were directly involved in the day-to-day operations of the Company at the highest levels; (iii) were privy to confidential proprietary information concerning the Company and its business and operations; (iv) were directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein; (v) were directly or indirectly involved in the oversight or implementation of the Company's internal controls; (vi) were aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or (vii) approved or ratified these statements in violation of the federal securities laws.

12.     The Company is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

13.     The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to the Company under *respondeat superior* and agency principles.

14.     The Company and the Individual Defendants are referred to herein, collectively, as the "Defendants."

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

## SUBSTANTIVE ALLEGATIONS

### Background

15.     Generac purports to be a leading global designer and manufacturer of a wide range of energy technology solutions, which provides power generation equipment and other power products serving the residential, light commercial and industrial markets.

### Materially False and Misleading Statements Issued During the Class Period

16.     The Class Period begins on February 23, 2021, when Generac filed with the SEC its annual report on Form 10-K for the period ended December 31, 2021 (the "Annual Report"), which was signed by Defendant Jagdfeld.  Attached to the Annual Report were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX"), signed by the Individual Defendants, attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.  Additionally, the Annual Report stated the following, in pertinent part, touting the Company's portable generators and their sales, including under the Residential Products category and the Domestic Segment:

> We have a significant market share in the residential and light commercial markets for automatic standby generators, which we believe remain under-penetrated in the marketplace. ***We also have a leading market position for portable generators used in residential, light construction and recreational applications. We believe that our leading market positions are largely attributable to our strategy of providing a broad product line of high-quality, innovative and affordable products*** through our extensive and multi-layered distribution network to whom we offer comprehensive support programs, and leads from the factory.

- 5 -

\* \* \*

We provide a broad product line of portable and inverter generators that range in size from 800W to 17.5kW. These products serve as an emergency home backup source of electricity and are also used for construction and recreational purposes. Our portable generators are targeted at homeowners, with price points ranging between the consumer value end of the market through the premium homeowner market; at professional contractors, starting at the value end through the premium contractor segment; and at the recreational market with our inverter generator products, which are quieter than traditional portable generators. In addition, we offer manual transfer switches to supplement our portable generator product offering.

\* \* \*

***Residential products comprised 62.6%, 51.9% and 51.5%, respectively, of total net sales in 2020, 2019 and 2018.***

\* \* \*

Our retail distribution network includes thousands of locations across the globe and includes a variety of regional and national home improvement chains, retailers, clubs, buying groups, hardware stores and farm supply stores. These physical retail locations are supplemented by a growing presence of e-commerce retailers, along with a number of catalog retailers. This network primarily sells our residential standby, portable and light-commercial generators, as well as our other engine powered tools. ***The placement of our products at retail locations drives significant awareness for our brands and the automatic home standby product category.***

\* \* \*

***Gaining market share and entering new markets***. We continue to sharpen our focus on improving our share of the power equipment markets in which we participate around the world by emphasizing our innovation and continually expanding our product lines and services. We design and build a wide range of products from stationary, portable, and mobile generators, light towers, field and brush mowers and trimmers, pressure washers, pumps, and other engine powered equipment. ***We have many advantages over our***

- 6 -

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

***competitors with strengths in our engineering, sourcing and operations capabilities as well as a global distribution network that we believe can be leveraged further for continued market share gains.*** We are also focused on expanding our addressable market opportunities by entering new markets, be it with new products or new geographies around the world.

\* \* \*

Our focus on power generation equipment, energy storage systems, grid services solutions and other power products drives technological innovation, specialized engineering and manufacturing competencies. ***Research and development (R&D) is a core competency and includes a staff of over 500 engineers*** working on numerous projects at various facilities worldwide. These activities are focused on developing new technologies and product enhancements, as well as maintaining product competitiveness by reducing manufacturing costs, ***improving safety characteristics***, reliability and performance ***while ensuring compliance with regulatory standards***.

\* \* \*

**Competition**

The market for power generation equipment, energy storage systems, grid services solutions and other engine powered products is competitive. We face competition from a variety of large diversified industrial companies as well as smaller generator manufacturers, along with mobile equipment, engine powered tools, solar inverter, battery storage and grid services providers, both domestic and internationally.

Specifically in the generator market, most of the traditional participants compete on a more focused basis, targeting specific applications within their larger diversified product mix. We are the only significant market participant with a primary focus on power equipment with a key emphasis on standby, portable and mobile generators with broad capabilities across the residential, light-commercial and industrial markets. ***We believe that our engineering capabilities and core focus on generators provide us with manufacturing flexibility and enables us to maintain a first-mover advantage over our competition for product innovation.*** We also believe our broad product

- 7 -

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

offering, diverse omni-channel distribution model and strong factory support provide additional advantages as well.

* * *

*Effect of large scale and baseline power disruptions.* **Power disruptions are an important driver of customer awareness for back-up power and have historically influenced demand for generators, both in the United States and internationally.** Increased frequency and duration of major power outage events, that have a broader impact beyond a localized level, increases product awareness and may drive consumers to accelerate their purchase of a standby or portable generator during the immediate and subsequent period, which we believe may last for six to twelve months following a major power outage event for standby generators. **For example, there have been a number of major outage events that occurred over the past decade that drove strong demand for portable and home standby generators, and the increased awareness of these products contributed to strong revenue growth in both the year they occurred along with the following subsequent year.** Major power disruptions are unpredictable by nature and, as a result, our sales levels and profitability may fluctuate from period to period. In addition, there are smaller, more localized power outages that occur frequently across the United States that drive the baseline level of demand for back-up power solutions. The level of baseline power outage activity occurring across the United States can also fluctuate, and may cause our financial results to fluctuate from year to year.

* * *

*Net sales.* **The increase in Domestic segment sales for the year ended December 31, 2020 was primarily due to strong growth in shipments of home standby generators and portable generators as elevated outage activity and nationwide stay-at-home orders heightened consumer awareness of power reliability concerns.**

(Emphases in bold and italics added.)

17. The Annual Report stated the following, in pertinent part, regarding the Company's "risks" which were materializing but unknown to investors:

- 8 -

Factors that could affect our actual financial results and cause them to differ materially from those anticipated in the forward-looking statements include:

* * *

- *increase in product and other liability claims or recalls[.]*

* * *

**We may incur costs and liabilities as a result of product liability claims.**

**We face a risk of exposure to product liability claims in the event that the use of our products is alleged to have resulted in injury or other damage.** Although we currently maintain product liability insurance coverage, we may not be able to obtain such insurance on acceptable terms in the future, if at all, or obtain insurance that will provide adequate coverage against potential claims. Product liability claims can be expensive to defend and can divert the attention of management and other personnel for long periods of time, regardless of the ultimate outcome. A significant unsuccessful product liability defense could have a material adverse effect on our financial condition and results of operations. **In addition, we believe our business depends on the strong brand reputation we have developed. If our reputation is damaged, we may face difficulty in maintaining our market share and pricing with respect to some of our products, which could reduce our sales and profitability.**

* * *

**Our operations are subject to various environmental, health and safety laws and regulations, and non-compliance with or liabilities under such laws and regulations could result in substantial costs, fines, sanctions and claims.**

**[. . . .] We could also be subject to a recall action by regulatory authorities. Violations of or liabilities under such laws and regulations could result in substantial costs, fines and civil or criminal proceedings or personal injury and workers' compensation claims.**

(First, third, fourth, and sixth emphases in bold and italics added.)

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

18. On April 29, 2021, Generac issued a press release entitled "Generac Reports Record First Quarter 2021 Results" which stated the following, in pertinent part, regarding its portable generators and its 2021 projections:

**First Quarter 2021 Highlights**

- Net sales increased 70% to a record $807 million during the first quarter of 2021 as compared to $476 million in the prior-year first quarter. Core sales growth, which excludes both the impact of acquisitions and foreign currency, increased approximately 67%.

  - ***Residential product sales more than doubled to $542 million as compared to $258 million last year, representing a 110% increase.***

    * * *

- ***The Company is increasing its full-year 2021 net sales guidance to now be approximately 40 to 45% growth compared to the prior year, which is an increase from the 25 to 30% previously expected.*** Adjusted EBITDA margin, before deducting for non-controlling interests, is now expected to be approximately 24.5 to 25.5%, which is an increase from the 24.0 to 25.0% previously expected.

    * * *

***Domestic segment sales increased 84.2% to $692.7 million as compared to $376.0 million in the prior year quarter***, with the impact of acquisitions contributing approximately 2.0% of the revenue growth for the quarter. ***The core sales growth was primarily driven by a significant increase in shipments of residential products highlighted by home standby and portable generators.***

    * * *

**Updated 2021 Outlook**

- 10 -

The major outages in Texas during the first quarter have led to an acceleration in demand and backlog for home standby generators from the already elevated levels that existed prior to this event. This has resulted in a further increase in capacity expansion plans and is leading to a significant increase in the shipment outlook for these products for the full-year 2021. Also contributing to the improved outlook for residential products is a notable increase in portable generator shipments, along with higher demand for PWRcell® energy storage systems due to further progress in building out distribution partners in this overall expanding market . . . .

**_As a result of these factors, the Company is increasing its full-year 2021 net sales growth guidance to now be approximately 40 to 45% compared to the prior year_**, which includes only approximately 2% of favorable impact from acquisitions and foreign currency. This is an increase from the as-reported growth guidance of 25 to 30% previously expected.

(Emphases in bold and italics added.)

19.    The April 29, 2021 press release stated the following, in pertinent part, regarding the Company's "risks" which were materializing but unknown to investors:

Although Generac believes any forward-looking statements are based on reasonable assumptions, you should be aware that many factors could affect Generac's actual financial results and cause them to differ materially from those anticipated in any forward-looking statements, including:

* * *

• **_increase in product and other liability claims or recalls[.]_**

(Emphasis added.)

20.    On May 10, 2021, Generac issued a press release entitled "Generac Emphasizes the Importance of Energy Security for Homeowners" which stated the

- 11 -

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

following, in pertinent part, regarding its portable generators and the importance of power

disruptions for their use and sales:

> Weather outlets are forecasting an above-average hurricane season this year and combined with an aging electrical grid, the potential for widespread power outages may leave homeowners in a heightened state of anxiety, which can be remedied by being prepared. With National Hurricane Preparedness Week taking place May 9-15, these outlooks highlight the fact that early preparations are essential.

> \* \* \*

> **Preparing for Unprecedented Challenges**

> *Beyond the Atlantic and Gulf Coasts, an aging grid could cause more outages than in the past. An active wildfire season could also be a catalyst for additional outages in the West, with utility companies opting for Public Safety Power Shutoffs. This past February, the Texas power crisis resulted in statewide outages lasting several days, serving as another reminder of the importance of having a plan for energy independence.*

> With the home not only the place where people live, but also work and go to school, being prepared is essential. Outages also strain the ability of emergency officials to evacuate affected areas, deliver food and critical supplies as well as provide medical equipment.

> **Power Outage Solutions and Technical Support**

> As the frequency and severity of power disruptions are projected to increase, *Generac offers a variety of solutions including carbon monoxide-detecting portable generators*, a wide range of permanently installed home standby generators, and clean energy solutions which offer whole home solar and storage capabilities.

> According to Jake Thomas, director of service operations, at Generac, company experts are eager to help. "*There are many options when it comes to power needs during an emergency. Portable generators can backup a few important appliances*, but automatic home standby generators offer greater

- 12 -

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

peace of mind by providing power to an entire home and can run continuously until power returns. ***There is a solution for every home and budget.***"

Thomas recommends the free in-home assessment with an independent authorized Generac dealer to properly size a home for a home standby generator or the PRWcell system for a fully integrated solar and storage solution. "Our network of dealers offer in-person or virtual appointments at no cost. Consultants will work with homeowners to understand their unique needs."

At company headquarters, Generac routinely prepares for outages and the customer service team offers expanded hours and staff to help customers in response to storms. ***The team prioritizes technical support and is open to generator-related questions, regardless of brand. Generac also maintains the Storm Response Team program, a volunteer-based group assisting dealers on service calls after storm-related outages strain the available labor force. These teams deploy to affected areas with tools, equipment, generator parts and expertise.***

(Emphases in bold and italics added.)

21.     On July 28, 2021, Generac issued a press release entitled "Generac Reports Record Second Quarter 2021 Results" which stated the following, in pertinent part, regarding the Company's "risks" which were materializing but unknown to investors:

Although Generac believes any forward-looking statements are based on reasonable assumptions, ***you should be aware that many factors could affect Generac's actual financial results*** and cause them to differ materially from those anticipated in any forward-looking statements, including:

* * *

•     ***increase in product and other liability claims or recalls[.]***

(Emphases added.)

- 13 -

22.     The statements referenced in ¶¶ 16-21 above, made by or attributed to Defendants, were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operational and financial results, which were known to Defendants or recklessly disregarded by them.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Generac's portable generators posed an unreasonable risk of injury to users and the public; (ii) as a result, at least seven finger amputations and one crushed finger had been reported to the Company; (iii) as a result, Generac would face increased regulatory scrutiny; (iv) the Company would end sales in its Generac® and DR® 6500 Watt and 8000 Watt portable generators in the U.S. and Canada in June 2021; (v) the Company would recall its Generac® and DR® 6500 Watt and 8000 Watt portable generators in the U.S. and Canada; (vi) the end of sales and the recall would occur before the Company's noted hurricane and wildfire seasons and following the Texas outage-periods the Company has touted for sales; and (vii) as a result, Defendants' public statements and statements to journalists were materially false and/or misleading at all relevant times.

### The Truth Emerges

23.     On July 29, 2021, the U.S. Consumer Product Safety Commission (CPSC), Health Canada, and the Organisation for Economic Co-operation and Development

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

(OECD) announced the Generac portable generator recall, revealing that the Company had received reports of seven finger amputations and one finger crushing.

24.    On this news, Generac's stock price fell $31.04 per share, or 7%, from its July 28, 2021 closing price over the next three trading days to close at $400.00 per share on August 2, 2021, damaging investors.

25.    As a result of Defendants' wrongful acts and omissions, and the decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

26.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired the publicly traded securities of Generac during the Class Period (the "Class") and were damaged upon the revelation of the alleged corrective disclosure. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

27.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, the Company's securities were actively traded on the NYSE.  While the exact number of Class members is unknown to Plaintiff

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by the Company or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

28.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

29.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

30.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)    whether Defendants' acts as alleged violated the federal securities laws;

(b)    whether Defendants' statements to the investing public during the Class Period misrepresented material facts about the financial condition, business, operations, and management of the Company;

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

(c)     whether Defendants' statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

(d)     whether the Individual Defendants caused the Company to issue false and misleading SEC filings and public statements during the Class Period;

(e)     whether Defendants acted knowingly or recklessly in issuing false and misleading SEC filings and public statements during the Class Period;

(f)     whether the prices of the Company's securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

(g)     whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

31.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

32.    Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- 17 -

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

(a)    Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

(b)    the omissions and misrepresentations were material;

(c)    the Company's securities are traded in efficient markets;

(d)    the Company's securities were liquid and traded with moderate to heavy volume during the Class Period;

(e)    the Company traded on NYSE, and was covered by multiple analysts;

(f)    the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities;

(g)    Plaintiff and members of the Class purchased and/or sold the Company's securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts; and

(h)    Unexpected material news about the Company was rapidly reflected in and incorporated into the Company's stock price during the Class Period.

33.    Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

34.    Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted

- 18 -

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## COUNT I

### (Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)

35.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

36.    This Count is asserted against all Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

37.    During the Class Period, Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

38.    Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 in that they: employed devices, schemes and artifices to defraud; made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and/or

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

engaged in acts, practices and a course of business that operated as a fraud or deceit upon Plaintiff and others similarly situated in connection with their purchases of the Company's securities during the Class Period.

39.     Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws.  These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

40.     The Individual Defendants, who are the senior officers and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other personnel of the Company to members of the investing public, including Plaintiff and the Class.

- 20 -

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

41.    As a result of the foregoing, the market price of the Company's securities was artificially inflated during the Class Period.  In ignorance of the falsity of Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of the Company's securities during the Class Period in purchasing the Company's securities at prices that were artificially inflated as a result of Defendants' false and misleading statements.

42.    Had Plaintiff and the other members of the Class been aware that the market price of the Company's securities had been artificially and falsely inflated by Defendants' misleading statements and by the material adverse information which Defendants did not disclose, they would not have purchased the Company's securities at the artificially inflated prices that they did, or at all.

43.    As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

44.    By reason of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder and are liable to Plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchases of the Company's securities during the Class Period.

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

## COUNT II

**(Violations of Section 20(a) of the Exchange Act Against the Individual Defendants)**

45.    Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

46.    During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs.  Because of their senior positions, they knew the adverse non-public information regarding the Company's business practices.

47.    As officers of the Company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company and to correct promptly any public statements issued by the Company which had become materially false or misleading.

48.    Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period.  Throughout the Class Period, the Individual Defendants exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein.  The Individual Defendants, therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act.  In this capacity, they

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

participated in the unlawful conduct alleged which artificially inflated the market price of the Company's securities.

49.     The Individual Defendants, therefore, acted as controlling persons of the Company.  By reason of their senior management positions, the Individual Defendants had the power to direct the actions of, and exercised the same to cause, the Company to engage in the unlawful acts and conduct complained of herein.   The Individual Defendants exercised control over the general operations of the Company and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

50.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.     Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

C.     Awarding Plaintiff and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.     Awarding such other and further relief as this Court may deem just and proper.

### DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated:  August 31, 2021                    Respectfully submitted,

                                          POMERANTZ LLP

                                          */s/ Jennifer Pafiti*
                                          Jennifer Pafiti (SBN 282790)
                                          1100 Glendon Avenue, 15th Floor
                                          Los Angeles, California 90024
                                          Telephone: (310) 405-7190
                                          Facsimile: (917) 463-1044
                                          jpafiti@pomlaw.com

                                          *Attorney for Plaintiff*

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS